# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2441.  HALL et al. v. PARK STERLING BANK**

This appeal was docketed on August 13, 2013. Appellant was required to file his brief and enumeration of errors by September 3, 2013. See Court of Appeals Rule 23 (a).  As of the date of this order, Appellants still had not submitted a brief and enumeration of errors, nor had Appellants requested an extension.  Accordingly, this appeal is hereby DISMISSED for Appellants' failure to file a brief and enumeration of errors in support of their appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/18/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*